| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Linda Selig Blonsley**<br>**209 S. Halcyon Road**<br>**Arroyo Grande, CA 93420**<br>**805-904-6722 Fax: 805-904-6724**<br>California State Bar Number: **90198 CA**<br>**lblonsley@blonsleylaw.com**<br><br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**581 Higuera Restaurant Group, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Linda Selig Blonsley_____ , the undersigned in the above-captioned case, hereby declare
       *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_August 24, 2018_
Date

By: _/s/ LS Blonsley_
Signature of Debtor, or attorney for Debtor

Name: **Linda Selig Blonsley**
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
PB Companies, LLC
3480 S Higuera Street, Suite 130
San Luis Obispo, CA 93401

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                        F 1007-4.CORP.OWNERSHIP.STMT

# United States Bankruptcy Court
## Central District of California

In re  **581 Higuera Restaurant Group, LLC**  
Debtor(s)

Case No.  _____  
Chapter  **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John W. Belsher or Ryan Petetit**, declare under penalty of perjury that I am the **Managing Member PB Companies, LLC** of **581 Higuera Restaurant Group, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability company at a special meeting duly called and held on the **23rd** day of **August**, 20**18**.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this limited liability company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this Limited liability company are authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this Limited liability company are authorized and directed to employ **Linda Selig Blonsley**, attorney and the law firm of **Blonsley Law** to represent the limited liability company in such bankruptcy case."

Date  August 24, 2018

Signed  _/s/ John W. Belsher_  
John W. Belsher or Ryan Petetit

Resolution of Board of Directors
of
**581 Higuera Restaurant Group, LLC**

Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this Limited liability company, are authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this Limited liability company are authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **John W. Belsher or Ryan Petetit, Managing Member PB Companies, LLC** of this Limited liability company are authorized and directed to employ **Linda Selig Blonsley,** attorney and the law firm of **Blonsley Law** to represent the limited liability company in such bankruptcy case.

Date  August 24, 2018 _____     Signed  _____

Date  _____     Signed  _____