**LINDA SELIG BLONSLEY SBN 90198**
Blonsley Law
209 South Halcyon Road
Arroyo Grande, CA 93420
Tel: 805-904-6722
Fax: 805-904-6724
lblonsley@blonsleylaw.com

Attorney for 581 RESTAURANT GROUP, LLC,
Debtor in possession

**FILED & ENTERED**

**OCT 01 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| In re: | Case No. 9:18-bk-11391-DS |
|---|---|
| 581 HIGUERA RESTAURANT GROUP, LLC | Chapter 11 |
| Debtor. | **ORDER RE MOTION IN CHAPTER 11 CASE AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY GENERAL BANKRUPTCY COUNSEL** |

1. The court has considered the "Notice of Motion and Motion in Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o)" (the "Motion," Docket No. 22).

The motion was: ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ:

  Linda Selig Blonsley, Blonsley Law  (General Counsel) effective on (date)  August 24, 2018 .

b. General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

c. ☐ The Motion is denied.

4. ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5. ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6. ☒ Other (specify): Counsel's request to be allowed to use the procedures set forth in LBR 9013-1(o) with respect to interim fee applications is not granted. All fee applications must be noticed for hearing.

###

Date: October 1, 2018

Deborah J. Saltzman
United States Bankruptcy Judge