| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address<br>Paul F. Ready, SB#107469<br>1254 Marsh Street<br>PO Box 1443<br>San Luis Obispo, CA 93406<br>Telephone: 805.541.1626<br>Facsimile: 805.541-0769<br>Email: pfready@farmerandready.com<br><br>☐ Individual appearing without attorney<br>☑ Attorney for Movant | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**581 Higuera Restaurant Group, LLC**<br><br><br>Debtor(s) | CASE NO.: 9:18-bk-11391-DS<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. 362 (with supporting declarations) (REAL PROPERTY) |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 (REAL PROPERTY)** was lodged on November 28, 2018 and is attached. This order relates to the motion which is docket number 29.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Paul F. Ready, SB#107469<br>Farmer & Ready<br>1254 Marsh Street<br>PO Box 1443<br>San Luis Obispo, CA 93406<br>Telephone: 805.541.1626<br>Facsimile: 805.541.0769<br>Email: pfready@farmerandready.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION**

| In re:<br><br>581 HIGUERA RESTAURANT GROUP, LLC<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:18-bk-11391-DS<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)**<br><br>DATE: November 27, 2018<br>TIME: 1:30 p.m.<br>COURTROOM: 201<br>PLACE: 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

**Movant:**

Russell M. Sheppel, Trustee of the Russell M. Sheppel 2010 Separate Property Trust

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

    *Street address:*   581 Higuera Street
    *Unit/suite number:*   _____
    *City, state, zip code:*   San Luis Obispo, CA 93401

    Legal description or document recording number (including county of recording):


    ☒ See attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                          F 4001-1.RFS.RP.ORDER

3. The Motion is granted under:
   a. ☒ 11 U.S.C. § 362(d)(1)
   b. ☒ 11 U.S.C. § 362(d)(2)
   c. ☒ 11 U.S.C. § 362(d)(3)
   d. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:
      (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or
      (2) ☐ Multiple bankruptcy cases affecting the Property.
      (3) ☐ The court   ☐ makes   ☐ does not make   ☐ cannot make
          a finding that the Debtor was involved in this scheme.
      (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ☐ Modified or conditioned as set forth in Exhibit _____ to this order.
   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (date) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☐ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                           Page 2                                        F 4001-1.RFS.RP.ORDER

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

   (a) ☐ without further notice.

   (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐ Other (*specify*):

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                           Page 3                                           F 4001-1.RFS.RP.ORDER

## LEGAL DESCRIPTION
### Document No. 2015044391
### Official Records of San Luis Obispo County, California

BEGINNING AT POINT ON THE PRESENT SOUTHERLY LINE OF HIGUERA STREET, DISTANT 82.4 FEET SOUTH 53° 07' WEST FROM THE SOUTH CORNER OF HIGUERA AND NIPOMO STREETS AND RUNNING THENCE ON THE SOUTHERLY LINE OF HIGUERA STREET SOUTH 53° 07' WEST 110.5 FEET TO A CORNER OF LOT KNOWN AS THE E.E. JACK LOT, NOW OR FORMERLY OWNED BY ETHEL EASTON JACK;

THENCE LEAVING STREET LINE SOUTH 36° 53' EAST 192.9 FEET; THENCE NORTH 51° 58' EAST 39.05 FEET;

THENCE NORTH 47° 32' EAST 28.2 FEET;

THENCE NORTH 51° 28' EAST 46.9 FEET;

THENCE NORTH 38° 00' WEST 188.1 FEET TO THE POINT OF BEGINNING,

BEING A PART OF BLOCK 62 OF THE CITY OR SAN LUIS OBISPO AND BEING THAT CERTAIN TRACT OF LAND DESIGNATED NICHOLAUS P. SCHLICHT ON A MAP ENTITLED "MAP OF THE PROPERTY OF NICHOLAUS F. SCHLICHT AND ETHEL EASTON JACK IN BLOCK 62, SAN LUIS OBISPO, CALIF." FILED AT THE REQUEST OF A. F. PARSONS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY ON NOVEMBER 14, 1917 AND OF RECORD IN BOOK 2, PAGE 13A OF LICENSED SURVEYORS MAPS.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1254 Marsh Street, San Luis Obispo, CA 93401.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 (with supporting declarations) (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) November 28, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Simon Aron**    saron@wrslawyers.com **(Attorney for Secured Creditor)**
- **Linda S Blonsley**    blonsleylawecf@gmail.com, joe@blonsleylaw.com;lawbr69955@notify.bestcase.com;lblonsley@blonsleylaw.com **(Attorney for Debtor)**
- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov **(Attorney for U.S. Trustee)**
- **Paul F Ready**    tamara@farmerandready.com **(Attorney for Movant)**
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov **(U.S. Trustee)**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 28 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Deborah J. Saltzman
United States Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

**Debtor:**
581 Higuera Restaurant Group, LLC
486 Marsh Street, Suite C
San Luis Obispo, CA 93401

**Secured Creditor:**
Lone Oak Fund, LLC
11611 San Vicente Boulevard
Suite 640
Los Angeles, CA 90049

**Secured Creditor:**
San Luis Obispo Co Assessor
1055 Monterey St., Ste. D-360
San Luis Obispo, CA 93408

**Attorney for Secured Creditor:**
Simon Aron
Wolf, Rifkin, Shapiro, Shulman & Rabkin, LLP
1400 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**20 Largest Unsecured Creditors: NONE SCHEDULED**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**Manual Notice List: NONE LISTED**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 28, 2018 | Tamara L. Wickstrom | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE