**LINDA SELIG BLONSLEY SBN 90198**
Blonsley Law
209 South Halcyon Road
Arroyo Grande, CA 93420
Tel: 805-904-6722
Fax: 805-904-6724
lblonsley@blonsleylaw.com

Attorney for 581 Higuera Restaurant Group, LLC

FILED & ENTERED

FEB 11 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>581 HIGUERA RESTAURANT GROUP, LLC,<br><br>Debtor. | Case No. 9-18-bk-11391-DS<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASE**<br>11 U.S.C. §§ 105(a), 349 and 1112(b), FRBP 1017(a)<br><br>Hearing<br>Date: February 5, 2019<br>Time: 1:30 PM<br>Courtroom: 201<br>Address: 1415 State Street<br>            Santa Barbara, CA 93101-3101<br><br>Judge: Hon. Robin Riblet |

A hearing was held at the above stated date and time on the "Debtor's Motion for Entry of an Order Dismissing Chapter 11 Case" (the "Motion," Docket No. 44) filed by the debtor 581 Higuera Restaurant Group, LLC (the "Debtor"). Appearances were noted on the record.

//

//

//

1 | The court having considered the Motion and the record in this case, and for the reasons
2 | stated on the record at the hearing,
3 | IT IS HEREBY ORDERED that the Motion is granted.
4 | ###

Date: February 11, 2019

*Robin Riblet*
Robin L. Riblet
United States Bankruptcy Judge